UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 29 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:19CR716 RWS/PLC |
| KAYLEB LOWE, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about July 17, 2019, in St. Louis County, within the Eastern District of Missouri,

**KAYLEB LOWE,**

the Defendant herein, acting together with a person unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2012 Chevy Impala, Vehicle Identification Number ("VIN") 2G1WC5E37C1122924, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about July 17, 2019, in St. Louis County, within the Eastern District of Missouri,

**KAYLEB LOWE,**

the Defendant herein, acting together with a person unknown to the Grand Jury, knowingly possessed, brandished, and discharged a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(iii).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
EDWARD L. DOWD III #61909MO
Assistant United States Attorney