UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

DEC − 5 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) No. S1- 4:19-CR-00716-RWS-PLC |
| KAYLEB LOWE, | ) |
| Defendant. | ) |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 15, 2019, in St. Louis County, within the Eastern District of Missouri,

**KAYLEB LOWE,**

the Defendant herein, knowingly possessed one or more firearms, knowing he was an unlawful user of or addicted to a controlled substance, to wit: marijuana, and the firearms previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(3).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
EDWARD L. DOWD III #61909MO
Assistant United States Attorney